IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 11-cr-00058-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTOINE J. WALLACE,

    Defendant.

---

### ORDER REGARDING MOTIONS

---

This matter is before the Court on Defendant's Motion Seeking Permission To File Interlocutory Appeal (Doc. # 50) and Motion Requesting Recusal of Sitting Trial Judge (Doc. # 51). The Court, having reviewed these Motions and the case file, hereby DENIES Doc. # 50 and # 51.

    DATED: September __08__, 2011

                                            BY THE COURT:

                                            */s/ Christine M. Arguello*

                                            CHRISTINE M. ARGUELLO
                                            United States District Judge