IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 11-cr-00058-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

ANTOINE J. WALLACE,

 Defendant.

---

**ORDER TRANSFERRING CASE**

---

 This matter comes before the Court upon review of the file. Pursuant to D.C.COLO.LCrR 50.1A, and with approval of Chief Judge Wiley Y. Daniel and the consent of Senior Judge John L. Kane, it is

 ORDERED that this matter is transferred to Judge John L. Kane.

 DATED: March __07__, 2012

          BY THE COURT:

          *Christine M Arguello*
          _____
          CHRISTINE M. ARGUELLO
          United States District Judge