**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 11-cr-00058-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTOINE J. WALLACE,

    Defendant.

---

**ORDER TO VACATE TRANSFER OF CASE**

---

Upon further review, and with approval of Chief Judge Wiley Y. Daniel and the consent of Senior Judge John L. Kane, the Order to Transfer (Doc. # 89) is VACATED, and all dates and deadlines in this case will remain on the docket of Judge Christine M. Arguello.

IT IS FURTHER ORDERED that the caption of this matter shall be changed to reflect the judge's initials as follows: Criminal Case No. 11-cr-00058-**CMA**.

DATED: March __08__, 2012

                                                              BY THE COURT:

                                                              _____
                                                              CHRISTINE M. ARGUELLO
                                                              United States District Judge